IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MCBRIEN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, ET AL.,<br><br>    Defendants. | No. C-11-3761-EDL<br><br>**ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REGARDING CONSENT OR DECLINATION OF THIS COURT'S JURISDICTION** |

    Pro se Plaintiff Karen McBrien has filed an application to proceed in forma pauperis. Her application is unclear in the following respects and must be amended before the Court can rule on the application:

1.     Section 2 indicates that Plaintiff owns Intel stock and receives a "small interest amount." Plaintiff should specify the value of the stock and the amount of interest received annually.

2.     Section 7 indicates that Plaintiff receives a "Fidelity Pension" but does not specify the income received annually or otherwise.

3.     Section 10 indicates that Plaintiff's complaint raises claims that have been presented in other lawsuits in this district, but does not provide case numbers or names as required. Plaintiff should provide further information about these lawsuits.

    Plaintiff has not filed a consent to this Magistrate Court's jurisdiction, or requested reassignment to a district court judge. Plaintiff should file a consent or declination when filing her

amended application to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: August 9, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2