Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,

    Plaintiff,

v.

UNITED STATES, et al.,

    Defendants.

No. C 11-03761 JSW

**ORDER OF DISMISSAL WITH PREJUDICE**

On July 29, 2011, Plaintiff filed a complaint and an application to proceed *in forma pauperis*. On August 23, 2011, the Court issued an Order dismissing the Complaint with leave to amend and denying the application to proceed *in forma pauperis*. (Docket No. 8.) The Court Ordered that if Plaintiff wished to pursue this action, she must file an amended complaint by September 23, 2011, and that failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice. Plaintiff has failed to file an amended complaint in accordance with this Court's Order. Accordingly, the Court HEREBY DISMISSES this action with prejudice. A separate Judgment shall issue, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 9/27/2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE